```
ANDRÉ BIROTTE JR
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney          JS - 6
Chief, Civil Division
MARCUS M. KERNER, SBN 107014
Assistant United States Attorney
     411 West 4th Street, Suite 8000
     Santa Ana, CA 92701
     Telephone: (714) 338-3532
     Facsimile: (714) 338-3523
     E-Mail:  marcus.kerner@usdoj.gov
```

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANIBAL MESALA SILVA, | ) | No. CV 11-04614-JAK (SPx) |
| Plaintiff, | ) | |
| v. | ) | |
| 1SG MARK WYNN, CO CDR GREGORY B. ANDREWS, THE DEPARTMENT OF THE ARMY, THE U.S.A., | ) | **JUDGMENT** |
| Defendants. | ) | |

   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice without leave to amend. Judgment is entered in favor of the Defendants for the reasons set forth in the Court's October 7, 2011 Order Granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

Dated this 19th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

1  PRESENTED BY:

2  ANDRÉ BIROTTE JR
   United States Attorney
3  LEON W. WEIDMAN
   Assistant United States Attorney
4  Chief, Civil Division

5  /S/ MMK
   MARCUS M. KERNER, SBN 107014
6  Assistant United States Attorney

7  Attorneys for Federal Defendants